# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Afghan Builders Consortium | ) | ASBCA Nos. 59347, 59348, 59349, 59350 |
| | ) | |
| Under Contract Nos. W917PM-07-D-0009 | ) | |
| W5J9JE-12-C-0119 | ) | |
| W5J9JE-12-C-0091 | ) | |
| W5J9JE-12-C-0132 | ) | |

APPEARANCE FOR THE APPELLANT:     Mr. Taj Mohammad
                                                              President

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
                                                                    Engineer Chief Trial Attorney
                                                                Pietro O. Mistretta, Esq.
                                                                James D. Stephens, Esq.
                                                                    Engineer Trial Attorneys
                                                                    U.S. Army Engineer District, Middle East
                                                                    Winchester, VA

## ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: 17 April 2015

_____
MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59347, 59348, 59349, 59350, Appeals of Afghan Builders Consortium, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals